UNITED STATES of America,
Appellee,

v.

**Mariano DURAN, Appellant.**

No. 05–2395.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 25, 2005.

Decided: Nov. 4, 2005.

Gary Lee Hayward, Asst. U.S. Attorney, Robert Dopf, Asst. U.S. Attorney, U.S. Attorney's Office, Des Moines, IA, for Appellee.

Mariano Duran, Rochester, MN, pro se.

Donna M. Schauer, Adel, IA, for Appellant.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

PER CURIAM.

Mariano Duran appeals the district court's [1] judgment denying his 28 U.S.C. § 2255 motion, wherein Duran sought relief based on the Supreme Court's holding in *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). The district court granted a certificate of appealability on whether the rule an-

---

1. The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

nounced in *Blakely* applies retroactively to cases on collateral review, and the Supreme Court thereafter issued its decision in *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Because neither decision applies retroactively to final convictions, *see Never Misses A Shot v. United States*, 413 F.3d 781, 783–84 (8th Cir.2005) (per curiam), we affirm the judgment of the district court. *See* 8th Cir. R. 47B. Counsel's motion to withdraw is granted, and Duran's pro se motion for new counsel is denied.